# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 47 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| RASHAAN LONDALE GREER, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of August, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether a [c]ourt on appeal should rule on the merits of an existing appeal of a PCRA [court order] before remanding a case where a [PCRA petitioner] raised new/additional layered claims of PCRA counsel's ineffectiveness pursuant to *Commonwealth v. Bradley*, [261 A.3d 381 (Pa. 2021)] for the first time before the appellate court, where there were issues of merit that could have been disposed of prior to remand for new issues.